IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **BERRY SANDERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-2281-STA-tmp |
| | ) |
| **WILLIAMS EQUIPMENT & SUPPLY COMPANY, INC.,** | ) |
| | ) |
| Defendant. | ) |

---

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

---

Before the Court is Defendant Williams Equipment & Supply Company, Inc.'s Motion to Dismiss (D.E. # 32), filed on March 4, 2010. On December 29, 2010, the Magistrate Judge recommended that Defendant's Motion be granted as to Plaintiff's Title VII and Tennessee Human Rights Act ("THRA") claims. Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report and **GRANTS** Defendant's Motion to Dismiss Plaintiff's Title VII and THRA claims.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: